```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON ROMERO, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

ABCZ CORP., ABCZ II MGMT. CORP., SUSHI FUN DINING & CATERING, INC., PACIFIC CLUB HOLDINGS, INC., WEST 20TH ENTERPRISES CORP., SELIM "SAM" ZHERKA and JOHN DOES #1-10, Jointly and Severally,

                Defendants.

14 Civ. 3653 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated September 2, 2014, Plaintiff requests a pre-motion conference on a proposed motion to dismiss Defendants' counterclaim for "unjust enrichment – offset." By letter dated September 10, 2014, Defendants withdraw their counterclaim. Accordingly, Plaintiff's request for a pre-motion conference is DENIED as moot. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants' counterclaim is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (c).

    The Clerk of Court is directed to terminate the motion at ECF No. 22.

    SO ORDERED.

Dated: September 10, 2014
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge